IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | No. 4:17-CR-00293-28 BSM |
| | ) | |
| CHRISTOPHER S. HELMS | ) | |

**MOTION FOR TRAVEL**

COMES NOW Defendant, Christopher Helms ("Defendant"), by and through his attorneys at the James Law Firm, and for his Motion for Travel, does hereby state:

1. That Defendant changed his plea to guilty on September 18, 2020.

2. That Defendant is currently in the custody of the U.S. Marshalls Service awaiting sentencing in this matter, and is being held at the Jefferson County Detention Center.

3. On September 1, 2021, Defendant's uncle, Terry Noblett passed away in Little Rock, Arkansas.

4. Defendant and Mr. Noblett had a close relationship, and Defendant has spoken with Mr. Noblett frequently since he was taken into custody.

5. The funeral service for Mr. Noblett will be held at the Cornwell Funeral Home at 207 Quay St., Dardanelle, AR 72834, on September 7, 2021 at 2:00 pm.

6. Defendant respectfully requests this Court grant him permission to travel to Dardanelle, Arkansas, on September 7, 2021, to attend Mr. Noblett's funeral service.

7. Defendant's mother, Debbie Darter, will make travel arrangements, and will check Defendant out of the facility and check him back in at the required times.

8. Defendant does not pose a risk of fleeing no does he pose a risk of danger to the community for the brief period of travel.

WHEREFORE Defendant prays that his Motion for Travel be granted and for all other proper relief that the Court sees fit.

Respectfully Submitted,

William O. "Bill" James, Jr.
AR Bar No. 94108
Attorney for Defendant
James Law Firm
1001 La Harpe Blvd.
Little Rock, Arkansas 72201
Telephone: (501) 375-0900
Email: wojfeds@gmail.com