IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| v. | )  No. 4:17-CR-00293-28 BSM |
| | ) |
| CHRISTOPHER S. HELMS | ) |

**MOTION TO EXPEDITE CONSIDERATION OF
MOTION FOR TRAVEL**

COMES NOW Defendant, Christopher Helms ("Defendant"), by and through his attorneys at the James Law Firm, and for his Motion to Expedite Consideration of Motion for Travel, does hereby state:

1. Defendant filed his Motion for Travel, ECF No. 2226, on September 2, 2021.

2. Defendant's Motion for Travel relates to a funeral scheduled for September 7, 2021.

3. Consideration of Defendant's Motion for Travel should be expedited because his request is based on a time-sensitive event and any delay would render his request moot.

WHEREFORE Defendant prays that his Motion to Expedite Consideration of Motion for Travel be granted and for all other proper relief as the Court sees fit.

Respectfully Submitted,

William O. "Bill" James, Jr.
AR Bar No. 94108
Attorney for Defendant
James Law Firm
1001 La Harpe Blvd.
Little Rock, Arkansas 72201
Telephone: (501) 375-0900
Email: wojfeds@gmail.com