# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF ARKANSAS
# CENTRAL DIVISION

UNITED STATES OF AMERICA                                           PLAINTIFF

v.                  CASE NO. 4:17-CR-00293-BSM-28

CHRISTOPHER HELMS                                                  DEFENDANT

## ORDER

Christopher Helms's motion to travel [Doc. No. 2226] is granted, and Helms is allowed temporary release from the custody of the United States Marshal in order to travel to and from his uncle's funeral in Dardanelle, Arkansas. Helms's mother, Debbie Darter, is to pick him up from the Jefferson County Detention Center no earlier than 11:00 a.m. on September 7, 2021, and return Helms to the detention center no later than 7:00 p.m. on September 7, 2021.

IT IS SO ORDERED this 3rd day of September, 2021.

*Brian S. Miller*
UNITED STATES DISTRICT JUDGE